1  SARAH DE DIEGO (239321)
   DE DIEGO LAW LLC
2  1607 Ave Juan Ponce de Leon
   Cobian Plaza GM06
3  San Juan, PR 00909
   Tel: 310-980-8116
4  Fax: 866-774-7817
   sarah@dediego.law
5
   Attorneys for Defendant
6
7
                UNITED STATES DISTRICT COURT
8
                SOUTHERN DISTRICT OF CALIFORNIA
9
10

11 | ASHLEY NICHOLS, individually and on behalf of all others similarly situated, | CASE NO. 3:20-cv-00210-BAS-AHG |
|---|---|
12 | Plaintiff, | CLASS ACTION |
13 | vs. | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** |
14 | ASSURANCE IQ, INC. d/b/a MedicarePlan.com; and DOES 1-100, inclusive, | |
15 | | Action Filed: October 18, 2019<br>Removed: January 31, 2020<br>Trial Date: None Set |
16 | Defendants. | |

17
18
19
20
21
22
23
24
25
26
27
28

---

CERTIFICATION AND NOTICE OF INTERESTED PARTIES

**TO THE COURT AND ALL INTERESTED PARTIES:**

The undersigned, counsel of record for Assurance IQ, LLC, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| PARTY | CONNECTION/INTEREST |
| --- | --- |
| Ashley Nichols | Plaintiff |
| Prudential Financial, Inc | Member/Parent Company |
| National Family Assurance Group LLC | Subsidiary/Marketing Company |
| Pacific Business Link Ltd | Advertising publisher |
| Sphere Digital, LLC | Advertising agency |

DATED: February 3, 2020    DE DIEGO LAW LLC

SARAH DE DIEGO
Attorneys for Defendant