1  SARAH DE DIEGO (239321)
   DE DIEGO LAW LLC
2  1607 Ave Juan Ponce de Leon
   Cobian Plaza GM06
3  San Juan, PR 00909
   Tel:  310-980-8116
4  Fax:  866-774-7817
   sarah@dediego.law
5
   Attorneys for Defendant
6
7
                    UNITED STATES DISTRICT COURT
8
                    SOUTHERN DISTRICT OF CALIFORNIA
9
10
11 ASHLEY NICHOLS, individually and         CASE NO.  3:20-cv-00210-BAS-AHG
   on behalf of all others similarly situated,
12                                          CLASS ACTION
              Plaintiff,
13                                          **CORPORATE DISCLOSURE**
   vs.                                      **STATEMENT**
14
   ASSURANCE IQ, INC. d/b/a
15 MedicarePlan.com; and DOES 1-100,
   inclusive,                               Action Filed:  October 18, 2019
16                                          Removed:       January 31, 2020
              Defendants.                   Trial Date:    None Set
17
18
19
20
21
22
23
24
25
26
27
28

CORPORATE DISCLOSURE STATEMENT

**TO THE COURT AND ALL INTERESTED PARTIES:**

Pursuant to Fed. R. Civ. P. 7.1, defendant Assurance IQ, LLC states that it has a parent company: Prudential Financial, Inc, which is a publicly held corporation owning 10% or more of its membership interest.

DATED:  February 3, 2020                DE DIEGO LAW LLC

_____
SARAH DE DIEGO
Attorneys for Defendant

2
CORPORATE DISCLOSURE STATEMENT