```
 1  SARAH DE DIEGO (SBN 239321)
    sarah@dediego.law
 2  DE DIEGO LAW LLC
    1607 Ave Juan Ponce de Leon
 3  Cobian Plaza GM06
    San Juan, PR 00909
 4  Telephone:  (310) 980-8116
    Facsimile:   (866) 774-7817
 5
    LAURA LEIGH GEIST (SBN 180826)
 6  laura.geist@dentons.com
    DENTONS US LLP
 7  1999 Harrison Street, Suite 1300
    Oakland, CA 94612
 8  Telephone:  (415) 882-5000
    Facsimile:   (415) 882-0300
 9
    NATHAN L. GARROWAY (Pro Hac Vice Applicant)
10  nathan.garroway@dentons.com
    DENTONS US LLP
11  303 Peachtree Street, NE, Suite 5300
    Atlanta, GA  30308-3265
12  Telephone:  (404) 527-4000
    Facsimile:   (404) 527-4198
13
    JUDITH SHOPHET SIDKOFF (SBN 267048)
14  judith.sidkoff@dentons.com
    DENTONS US LLP
15  601 South Figueroa Street, Suite 2500
    Los Angeles, CA  90017-5704
16  Telephone:  (213) 623-9300
    Facsimile:   (213) 623-9924
17
    Attorneys for Defendant
18  ASSURANCE IQ, INC.
```

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY NICHOLS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ASSURANCE IQ, INC. d/b/a MedicarePlan.com; and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO.  3:20-cv-00210-BAS-AHG<br><br>CLASS ACTION<br><br>**DECLARATION OF SARAH DE DIEGO IN SUPPORT OF DEFENDANT ASSURANCE IQ, LLC'S MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION PURSUANT TO FED. R. CIV. P. 12(B)(2)** |

[Filed concurrently with Notice of Motion and Motion to Dismiss, Declaration of Tom Crowder, and Declaration of John Lorge]

Action Filed: October 18, 2019
Removed: January 31, 2020
Trial Date: None Set

## DECLARATION OF SARAH DE DIEGO

I, Sarah de Diego declare as follows:

1. I am an attorney at law duly admitted to practice in California and before this Court, and am counsel of record for defendant Assurance IQ, LLC in this action. I have personal knowledge of the facts stated in this declaration and if called as a witness, I could and would testify competently thereto.

2. Following an earlier email exchange, Clark Conforti, counsel of record for Plaintiff, and myself, meet and conferred telephonically on February 27, 2020 regarding the substance of Assurance IQ, LLC's proposed motion to dismiss. Despite a lengthy, substantive discussion of the issues, we were unable to reach a resolution which would eliminate the need for the filing of this motion.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 6, 2020, at San Juan, Puerto Rico.

_____
Sarah De Diego

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action; my business address is 601 South Figueroa Street, Suite 2500, Los Angeles, California 90017.

I hereby certify that on March 6, 2020, I electronically filed the foregoing **DECLARATION OF SARAH DE DIEGO IN SUPPORT OF DEFENDANT ASSURANCE IQ, LLC'S MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION PURSUANT TO FED. R. CIV. P. 12(B)(2)** with the Clerk of the Court using the ECF system which will send notification of such filing to the following parties:

> Abbas Kazerounian, Esq.
> ak@kazlg.com
> Clark R. Conforti, Esq.
> clark@kazlg.com
> KAZEROUNI LAW GROUP, APC
> 245 Fischer Avenue, Unit D1
> Costa Mesa, CA  92626
> Telephone:  (800) 400-6808
> Facsimile:   (800) 520-5523

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 6, 2020 at Oakland, California.

*Carrie M. Rice*
_____
Carrie M. Rice

114381734