SARAH DE DIEGO (SBN 239321)
sarah@dediego.law
DE DIEGO LAW LLC
1607 Ave Juan Ponce de Leon
Cobian Plaza GM06
San Juan, PR 00909
Telephone: (310) 980-8116
Facsimile: (866) 774-7817

LAURA LEIGH GEIST (SBN 180826)
laura.geist@dentons.com
DENTONS US LLP
1999 Harrison Street, Suite 1300
Oakland, CA 94612
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

NATHAN L. GARROWAY (*Pro Hac Vice* Applicant)
nathan.garroway@dentons.com
DENTONS US LLP
303 Peachtree Street, NE, Suite 5300
Atlanta, GA 30308-3265
Telephone: (404) 527-4000
Facsimile: (404) 527-4198

JUDITH SHOPHET SIDKOFF (SBN 267048)
judith.sidkoff@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

Attorneys for Defendant
ASSURANCE IQ, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY NICHOLS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ASSURANCE IQ, INC. d/b/a MedicarePlan.com; and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO. 3:20-cv-00210-BAS-AHG<br><br>CLASS ACTION<br><br>**DECLARATION OF TOM CROWDER IN SUPPORT OF DEFENDANT ASSURANCE IQ, LLC'S MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION PURSUANT TO FED. R. CIV. P. 12(B)(2)** |

|   |   |
|---|---|
|   | Action Filed: October 18, 2019<br>Removed: January 31, 2020<br>Trial Date: None Set |

# DECLARATION OF TOM CROWDER

I, Tom Crowder, declare as follows:

1. I am the Controller of Assurance IQ, LLC. As Controller, my duties include responsibility for managing and maintaining financial reporting, planning, payroll and controls. Based on my position and duties, I am familiar with and have personal knowledge, or have obtained knowledge from others within Assurance, of Assurance IQ, LLC's corporate structure and other matters described herein.

2. Assurance IQ, LLC is a Washington limited liability company with its principal place of business located in the State of Washington. Assurance IQ, LLC was formerly known as Assurance IQ, Inc., which was a Washington corporation with its principal place of business located in the State of Washington. Assurance IQ, LLC's sole member is Prudential Financial, Inc., a publicly traded company.

3. Assurance IQ, LLC ("Assurance") has offices in Washington, Florida, Pennsylvania, Illinois and Canada.

4. Assurance has no offices in California.

5. Assurance has 135 employees located across the United States, 15 employees in Canada and engages independent contractors in various locations.

6. Five of Assurance's 150 employees (less than 4%) work remotely from California. Four of these work from home in California (with occasional trips to Assurance's offices in Washington and Florida) providing support services, including technical support, to insurance agents that utilize Assurance's online insurance platform. The fifth employee is the Chief Growth Officer at Assurance's Bellevue office but is allowed to work remotely, including from his home in California, approximately half of the time.

7. Assurance does not own, use or possess any real estate, property, assets, mailing address, bank accounts or any other assets in California.

8. Assurance is not registered with the California Secretary of State and does not have a registered agent in California nor maintain an address for service of process in California. As required by law, Assurance is licensed with all 50 States to provide insurance services.

9. Assurance files state income tax returns in 38 states, including California. However, Assurance did not owe any tax in California for 2018 or 2019 nor pay any tax related to the Plaintiff. There was no revenue or profit generated from the two emails allegedly received by Plaintiff.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 6, 2020, at Bellevue, Washington.

_____
Tom Crowder

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action; my business address is 601 South Figueroa Street, Suite 2500, Los Angeles, California 90017.

I hereby certify that on March 6, 2020, I electronically filed the foregoing **DECLARATION OF TOM CROWDER IN SUPPORT OF DEFENDANT ASSURANCE IQ, LLC'S MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION PURSUANT TO FED. R. CIV. P. 12(B)(2)** with the Clerk of the Court using the ECF system which will send notification of such filing to the following parties:

>Abbas Kazerounian, Esq.
>ak@kazlg.com
>Clark R. Conforti, Esq.
>clark@kazlg.com
>KAZEROUNI LAW GROUP, APC
>245 Fischer Avenue, Unit D1
>Costa Mesa, CA  92626
>Telephone:  (800) 400-6808
>Facsimile:   (800) 520-5523

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 6, 2020 at Oakland, California.

*Carrie M. Rice*
_____
Carrie M. Rice