SARAH DE DIEGO (SBN 239321)
sarah@dediego.law
DE DIEGO LAW LLC
1607 Ave Juan Ponce de Leon
Cobian Plaza GM06
San Juan, PR 00909
Telephone: (310) 980-8116
Facsimile: (866) 774-7817

LAURA LEIGH GEIST (SBN 180826)
laura.geist@dentons.com
DENTONS US LLP
1999 Harrison Street, Suite 1300
Oakland, CA 94612
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

NATHAN L. GARROWAY (*Pro Hac Vice* Applicant)
nathan.garroway@dentons.com
DENTONS US LLP
303 Peachtree Street, NE, Suite 5300
Atlanta, GA 30308-3265
Telephone: (404) 527-4000
Facsimile: (404) 527-4198

JUDITH SHOPHET SIDKOFF (SBN 267048)
judith.sidkoff@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

Attorneys for Defendant
ASSURANCE IQ, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY NICHOLS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ASSURANCE IQ, INC. d/b/a MedicarePlan.com; and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO. 3:20-cv-00210-BAS-AHG<br><br>CLASS ACTION<br><br>**DECLARATION OF JOHN LORGE IN SUPPORT OF DEFENDANT ASSURANCE IQ, LLC'S MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION PURSUANT TO FED. R. CIV. P. 12(B)(2)** |

Action Filed: October 18, 2019
Removed: January 31, 2020
Trial Date: None Set

## DECLARATION OF JOHN LORGE

I, John Lorge, declare as follows:

1. I am the Chief Marketing Officer of Assurance IQ, LLC. As Chief Marketing Officer, my duties include providing oversight of marketing, lead generation, and case referral activity for Assurance. Based on my position and duties, I am familiar with and have personal knowledge, or have obtained knowledge from others within Assurance, of Assurance IQ, LLC's operating procedures, advertising practices and other matters described herein.

2. Assurance IQ, LLC is a Washington limited liability company with its principal place of business located in the State of Washington. Assurance IQ, LLC was formerly known as Assurance IQ, Inc., which was a Washington corporation with its principal place of business located in the State of Washington. Assurance IQ's records are located in Washington and any relevant witnesses for Assurance work in the Washington office, with one potential witness working remotely in Oregon (and commuting as needed to Washington). Assurance IQ, LLC's sole member is Prudential Financial, Inc., a publicly traded company.

3. Assurance has no employees in California that are engaged in advertising for Assurance or activities related to the sending of email advertisements.

4. Assurance operates a variety of websites which provide consumers the ability to obtain insurance quotes. Assurance uses advanced online technology and data science to help consumers find insurance policies tailored to their specific needs, with the aim of helping consumers save time and money on their insurance needs.

5. Assurance has no record of sending any emails to Plaintiff.

6. Assurance's wholly-owned subsidiary, National Family Assurance Group, LLC, provides various marketing and advertising services to Assurance.

National Family Assurance Group, LLC ("National Family") is a Washington limited liability company with its principal, and only, place of business in Washington.

7. National Family contracts with various third-party advertising agencies and publishers to provide advertising services for National Family and Assurance. National Family enters into contractual agreements with advertising agencies and publishers which require that the publishers comply with all applicable laws and regulations and abide by National Family's advertising guidelines.

8. Advertising agencies and publishers provide various forms of advertising for Assurance, including display, native, social (i.e. Facebook) and email marketing.

9. As is standard in the industry, neither Assurance nor National Family have any access to, or control over, the publishers' email databases. Assurance does require that publishers refrain from sending email advertisements to any person who has indicated that they wish to opt-out from receiving emails advertising Assurance. However, other than this requirement to remove emails of persons who have opted out, the publishers solely control all aspects of transmitting the email advertisements and choose each email's recipient.

10. Assurance does not decide which recipients receive the emails that publishers send. Assurance does not know, does not direct, and has no control over, where the emails are sent.

11. Assurance is thrice removed from the sending of the emails at issue. Its subsidiary, National Family contracted with a third-party advertising agency, and it was a publisher of the advertising agency who sent the email at issue in this case.

12. Assurance did not contract with the publisher who sent the email at issue in this suit and was not even aware of the publisher's identity until after commencement of this suit.

13. Plaintiff alleges she received two emails advertising Assurance, however, information provided by Plaintiffs' counsel only possibly identifies the publisher of one email.

14. Using the information provided by Plaintiff's counsel, Assurance has identified a publisher who may have sent one of the emails at issue in this suit, and on information and belief, that publisher is located in the Philippines (the "Publisher").

15. The Publisher sporadically provided advertising services to National Family and Assurance during the period of October 12, 2018 to November 26, 2018 and again during March 19, 2019 to May 17, 2019. Only $1,034 in total was paid for the advertising services the Publisher provided to National Family and Assurance.

16. Other than as alleged in Plaintiff's Complaint, Assurance has no knowledge of whether any other California residents received the same email by this Publisher.

17. Assurance did not instruct the Publisher to send emails to California residents. As is standard when utilizing third-party publishers to send advertisements, Assurance does not direct publishers as to who or where email advertisements should be sent.

18. Assurance is unable to determine if *any* California residents, other than Plaintiff, received the same emails from this Publisher.

19. To Assurance's knowledge, assuming the Publisher maintained records of past email sends (which is unlikely based on industry practice), only the Publisher would know if any other California residents received emails from the Publisher.

20. The advertising services performed by the Publisher resulted in Assurance receiving a total of three leads of consumers interested in obtaining insurance services, who reside in California. However, Assurance has no means by which to determine if those leads were the result of receiving the same email sent to

4

Plaintiff, another email campaign, or some other form of advertising (i.e. display, native, social) by the Publisher.

21. Assurance was unaware that the emails at issue existed, that Plaintiff had received them or Plaintiff's identity until after being served with this suit.

22. Plaintiff has not received any products or services from Assurance; and to Assurance's knowledge there has been no contact between Assurance or Plaintiff at any point.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 6, 2020, at Bellevue, Washington.

_____
John Lorge

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action; my business address is 601 South Figueroa Street, Suite 2500, Los Angeles, California 90017.

I hereby certify that on March 6, 2020, I electronically filed the foregoing **DECLARATION OF JOHN LORGE IN SUPPORT OF DEFENDANT ASSURANCE IQ, LLC'S MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION PURSUANT TO FED. R. CIV. P. 12(B)(2)** with the Clerk of the Court using the ECF system which will send notification of such filing to the following parties:

> Abbas Kazerounian, Esq.
> ak@kazlg.com
> Clark R. Conforti, Esq.
> clark@kazlg.com
> KAZEROUNI LAW GROUP, APC
> 245 Fischer Avenue, Unit D1
> Costa Mesa, CA  92626
> Telephone:  (800) 400-6808
> Facsimile:   (800) 520-5523

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 6, 2020 at Oakland, California.

*Carrie M. Rice*
_____
Carrie M. Rice