

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

ASHLEY NICHOLS, individually and on behalf of all
others similarly situated,

|  | **Plaintiff,** |
| --- | --- |

**v.**

ASSURANCE IQ, INC. d/b/a MedicarePlan.com;
and DOES 1-100, inclusive,

|  | **Defendant.** |
| --- | --- |

**Case No.**  3:20-CV-00210-BAS-AHG

## PRO HAC VICE APPLICATION

ASSURANCE IQ, INC.

Party Represented

I,   NATHAN L. GARROWAY   hereby petition the above entitled court to permit me

(Applicant)

to appear and participate in this case and in support of petition state:

My firm name:   DENTONS US LLP

Street address:   303 PEACHTREE STREET, N.E. SUITE 5300

City, State, ZIP:   ATLANTA, GEORGIA 30308

Phone number:   (404) 527-4000

Email:   nathan.garroway@dentons.com

That on   2/27/06   I was admitted to practice before   U.S. District Court ND of Georgia

(Date)   (Name of Court)

and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I   ☐ have)   ☒ have not)   concurrently or within the year preceding this application made

any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case   Struyk v. Cingular Wireless

Case Number   3:07-CV-1314   Date of Application   10/2/07

Application:   ☒ Granted   ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

(Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

LAURA LEIGH GEIST (SBN 180826)   (415) 882-5000

(Name)   (Telephone)

DENTONS US LLP

(Firm)

1999 HARRISON STREET, SUITE 1300, OAKLAND, CA 94612

(Street)   (City)   (Zip code)

(Signature of Applicant)

I hereby consent to the above designation.   (Signature of Designee Attorney)