SARAH DE DIEGO (SBN 239321)
sarah@dediego.law
DE DIEGO LAW LLC
1607 Ave Juan Ponce de Leon
Cobian Plaza GM06
San Juan, PR 00909
Telephone: 310-980-8116
Facsimile: 866-774-7817

LAURA LEIGH GEIST (SBN 180826)
laura.geist@dentons.com
DENTONS US LLP
1999 Harrison Street, Suite 1300
Oakland, CA 94612
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

NATHAN L. GARROWAY (*Pro Hac Vice* Applicant)
nathan.garroway@dentons.com
DENTONS US LLP
303 Peachtree Street, NE, Suite 5300
Atlanta, GA 30308-3265
Telephone: 404 527-4000
Facsimile: 404 527-4198

JUDITH SHOPHET SIDKOFF (SBN 267048)
judith.sidkoff@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Telephone: 213 623-9300
Facsimile: 213 623-9924

Attorneys for Defendant
ASSURANCE IQ, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY NICHOLS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ASSURANCE IQ, INC. d/b/a MedicarePlan.com; and DOES 1-100, inclusive,<br><br>Defendant. | No. 3:20-cv-00210-BAS-AHG<br><br>CLASS ACTION<br><br>**DEFENDANT'S NOTICE OF ASSOCIATION OF COUNSEL AND NOTICE OF APPEARANCE OF COUNSEL**<br><br>Action Filed: October 18, 2019<br>Removed: January 31, 2020 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Judith Shophet Sidkoff, State Bar No. 276048 of the law firm of Dentons US LLP (the "Associated Counsel") has associated with attorneys of record in this action for defendant Assurance IQ, Inc. The address, email address, telephone number and facsimile number of the Associated Counsel is as follows:

> JUDITH SHOPHET SIDKOFF
> judith.sidkoff@dentons.com
> DENTONS US LLP
> 601 South Figueroa Street, Suite 2500
> Los Angeles, CA 90017-5704
> Telephone: 213 623-9300
> Facsimile: 213 623-9924

Pursuant to this Notice, all pleadings, papers and documents which are filed or served in this action by any party herein shall be served on the Associated Counsel.

Dated: March 10, 2020                   DENTONS US LLP

                                        By: */s/Judith Shophet Sidkoff*
                                              Judith Shophet Sidkoff
                                        Attorneys for Defendant
                                        ASSURANCE IQ, INC.

NOTICE OF ASSOCIATION OF COUNSEL

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action; my business address is 601 South Figueroa Street, Suite 2500, Los Angeles, California 90017.

I hereby certify that on March 10, 2020, I electronically filed the foregoing **NOTICE OF ASSOCIATION OF COUNSEL** with the Clerk of the Court using the ECF system which will send notification of such filing to the following parties:

> Abbas Kazerounian, Esq.
> ak@kazlg.com
> Clark R. Conforti, Esq.
> clark@kazlg.com
> KAZEROUNI LAW GROUP, APC
> 245 Fischer Avenue, Unit D1
> Costa Mesa, CA 92626
> Telephone: (800) 400-6808
> Facsimile: (800) 520-5523

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 10, 2020 at Los Angeles, California.

*Carrie M. Rice*
_____
Carrie M. Rice

114397786

NOTICE OF ASSOCIATION OF COUNSEL

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300