ASSURANCE

About Us     844-334-1948     Sign in

# Your guide to insurance

We help you get the most out of your coverage. Have questions? Just ask.

Call 844-334-1948

## How does the Assurance process work?   −

At Assurance, we start by determining your insurance needs as well as the coverage you'll qualify for based on a variety of factors including your age, health, and enrollment periods. That allows us to build a plan personalized to you and your unique needs. Many of our customers apply entirely online, while others prefer the combination of our digital guidance and the expertise of our on-demand licensed agents. After applying, we guide you through the approval process to put the coverage in place. Once you are an Assurance customer, you have our lifetime commitment to help you with any questions you might have or modify your coverage as your needs change.

## Can I buy online?   +

**ASSURANCE**

About Us      844-334-1948

# Your guide to insurance

We help you get the most out of your coverage. Have questions? Just ask.

Call 844-334-1948

**How does the Assurance process work?**     +

**Can I buy online?**     −

Most of our insurance products are available for online purchase. We always recommend you start with our quick and convenient digital needs analysis to determine the right coverage and price. From there you can apply digitally or consult with an expert licensed agent.

**Does it cost more to work with an insurance agent?**     +

**How quickly can I get covered?**     +

**Does Assurance provide customer**     +



Our mission is to protect and improve the personal and financial health of all consumers. We meet consumers wherever they are in life with custom tailored solutions just for them. We empower them to take actions that improve their life and protect the things they care about.



# Better insurance

We believe in the symbiosis between humans and machines, a superior place neither could achieve on their own. As a leading insurance platform, we've created the most advanced technology and data science systems, yet built it all to support the human touch.

We provide a unique experience for every consumer that quantifies their risks, resources, and preferences, then guides and motivates them to a better place for their life. While many of our customers purchase entirely online, most prefer the combination of our digital guidance and the expertise of our on-demand licensed agents.

No matter where someone is in life, we make it simple to take actions that improve their personal and financial health.



**Data Science + Human Touch =
Superior Customer Experience**

# Leading our way



# Michael Rowell

Chief Executive Officer

As the CEO and Founder of Assurance, Michael is the architect of a company driven by his vision to improve the lives of people everywhere by providing clear, actionable steps to lasting, holistic, personal and financial health. Michael's leadership guides the company through his deep passion for technology, data science, and systems thinking.

Following his introduction to insurance at MassMutual, Michael developed technology and built a company to streamline the comparison of term life insurance policies from various providers. Michael later merged the agency with a life insurance carrier and led the combined entity through significant growth. Michael's passion for addressing the broader health and financial challenges of the consumer led him to leave and start Assurance with Mike Paulus.

Michael holds an MBA from the Sloan School at MIT. He enjoys hiking and mountain biking with his wife and two children, and his family inspires his passion for the Assurance mission. Shortly after he got married, Michael was diagnosed with cancer. After surgery, radiation, and ultimately beating the disease, he recognized the importance insurance and financial security plays at providing peace of mind during life's most difficult challenges. That has motivated him to develop Assurance to become the world's leading financial wellness platform and doing so with a culture that prioritizes humility, continuous iteration and innovation.



# Mike Paulus

President

Growing up on a blueberry farm in rural Washington, Mike remembers the transformational effect technology had on his ability to connect to the entire world from the family farmhouse. Today, the President and Founder of Assurance is dedicated to helping the company use today's technology to democratize access to financial services in much the same way.

Mike brings to Assurance the technology and entrepreneurial principles born from his career building and investing in fintech companies. Before launching Assurance with Michael Rowell, he was the founding president of Addepar, where he patented technology that models and reports on more than $1.3 trillion in financial assets that the company handles. Then, as a partner at Andreessen Horowitz, Michael focused on insuretech investments for the $7.5 billion venture capital leader.

With undergraduate and master's degrees from Stanford in Economics and Management Science and Engineering, the father of two sees the shift in the technology- and data-driven way companies can deliver financial wellness solutions to anyone,

anywhere, as another industrial revolution, and he's motivated by Assurance's ability to lead the way.



# Allison (O'Hair) Arzeno

Chief Data Scientist

Allison has spent a career modeling ways data science can help people address their most important challenges, from personal health to personal finance, and teaching others to find answers in data for themselves.

It started with her work in operations research at MIT, where she earned her PhD studying how predictive modeling can help diabetes patients personalize their care. She then applied her expertise to helping bolster heart health as CEO of a health wearables startup and to identifying promising applications of data analytics as a consultant at Sequoia Capital.

Allison has literally written the book on business analytics — "The Analytics Edge" — a popular textbook she co-authored while a lecturer at MIT. She's also taught data science to business students at the Stanford Graduate School of Business. Now, in leading data science at the core of the Assurance platform, she guides her team's steadfast focus on the customer and constant exploration of data solutions to drive real-time decisions.



# John Lorge

Chief Marketing Officer

John has been with Assurance from Day 1. And for every day since, he and his marketing team have been managing an always-on marketing machine that has brought millions of individuals to Assurance to achieve the peace of mind that comes with addressing insurance needs.

A pioneer in mobile marketing, John had his hand on the controller at video game giant Electronic Arts before coming to Assurance. He oversaw billions of app downloads as the leader of the global mobile media team, and he also has experience in automotive and education marketing.

The University of Washington MBA says his toughest negotiations are bargaining with his two young sons about dessert, so it's no wonder he's been able to effectively optimize and maximize the media and marketing investments for Assurance — bringing a new wave of customers each day, with a focus on innovating, testing and delivering results.



# Michael Westover

Chief Information Officer



The third "Michael" of the Assurance executive team leads the development of systems that approach the insurance-buying dynamic from a position of possibilities rather than a position of constraints.

He's spent his career exploring ways technology can modernize insurance, with a decade in corporate strategy at Liberty Mutual, as CIO at a life insurance carrier, and as a software and systems consultant for a variety of insurance companies.

The Boston College MBA considers himself an explorer, whether that means hiking in the mountains close to home with his kids or traveling to new destinations around the globe. And that desire to tread new ground has led him to help foster a technology team with a culture of experimentation where possibilities aren't just discussed — they're quickly implemented, measured and evaluated.



# Will Arora

Chief Technology Officer

In leading software engineering, technology architecture and product development for Assurance, Will and his team are building the bridges that will connect millions of people to the financial solutions they need for peace of mind and quality of life.

Will has seen firsthand what can happen when technologists have the freedom to think, iterate and build solutions for business-critical functions. In five years at Amazon before joining Assurance, he designed and built a suite of software systems that helped create billions of dollars in savings by providing real-time insights to Amazon supply chain teams and retail partners. It also drove revenue, as that "Prime" badge on your next Amazon order might not have been there if Will's systems hadn't increased the products available for the premium service.

Now the MIT PhD is focused on delivering something else: a simplified insurance purchase process and making financial wellness accessible to everyone.



# Gulliver Swenson

Chief Administrative Officer

Gulliver and his team assure that Assurance meets the insurance industry's legal and compliance standards while doing so in a way that enables the agility and speed to market that makes the company unique.

Before joining Assurance, Gulliver spent 14 years as an attorney at Ryan, Swanson & Cleveland PLLC, a 120-year-old law firm that is one of Seattle's most respected. Over his career, he's honed a collaborative approach that well serves the iterative culture of Assurance — applying legal expertise and resources that keep the customer's best interests front and center while partnering with all aspects of the business to continually bring new ideas, approaches and products to market.



## Irene Kwak

Chief of Staff

Irene likes to say that at Assurance, today is never like yesterday, and tomorrow is never like today — a constant state of change that makes her role of connecting the dots between day-to-day activities and the company's larger mission all the more vital. She articulates key priorities and drives a "Goldilocks" approach to process — not too much, and not too little.

Before joining Assurance, the Columbia MBA oversaw digital properties and mobile apps for Sharecare, a platform that connects consumers to a comprehensive view of their health and resources for their personal wellness. She's also worked in digital marketing and advertising for NBC Universal, PBS and Bankrate.



## Nick Howard

VP, Data Science

Nick leads Assurance's many day-to-day data implementations and is a vital contributor to strategy and planning. He has doubled the size of the data team and refined the tech stack so Assurance can handle a volume of transactions 100 times greater than when the company started.

He also has a passion for leadership honed in remarkable circumstances. The West Point grad served for 12 years in the US Army, leading infantry soldiers in three tours in Iraq and Afghanistan and earning two Bronze Stars. He also returned to West Point to teach probability, statistics and multi-variable calculus.



## Chad Lovell

VP, Sales

Consider Chad the leader of the "art" side of Assurance's unique blend of art and science. Chad's well trained, empathetic sales team meets the data and technology of the Assurance platform to address the specific coverage needs of customers. His key focus: establishing trust, not just from the customer, but between Assurance guides, agents and team members as well.

The MIT MBA came to Assurance with a distinguished background in engineering and corporate strategy in the energy sector. He also developed and sold two successful education technology startups and led the Emerging Partnerships Group at Liberty Mutual, where he launched successful new programs and helped establish Liberty Mutual as a leader in connected home technology.



# Reimagining the role of insurance

Assurance is more than just insurance.

We're committed to improving the personal and financial health of every consumer we interact with.

We strive to meet every consumer wherever they are in life, provide deep insights on their personal and financial health, and offer solutions that reduce their risks and make their life better.

Where insurance simply provides a check at a time of need, Assurance goes deeper by providing meaningful ways to improve their life in addition to protecting for when things go wrong.

We are humble, driven, and committed to improving the lives of millions.

We are Assurance.

Life  Health  Medicare

Auto  Home & Renters  Pet

## Company

About Us

Agents

Guides

Careers

Contact

## Insurance

Life

Health

Medicare

Auto

Home & Renters

Pet

## Legal

Privacy Policy

Do Not Sell My Personal Information

Terms of Service

Insurance Licenses

## Questions?

Speak with an expert

Call 844-334-1948

Have a code?

Invitations for application for insurance on ASSURANCE.com are made through Assurance IQ, LLC or through its designated agent, Michael W. Rowell, only where licensed and appointed. License numbers are available upon request and are automatically provided where required by law. Michael Rowell is a licensed life insurance agent in all 50 states, including the District of Columbia, and his resident state of Washington. Michael W. Rowell's Washington license number is 150354; in California, 0C83033; in Louisiana, 265202; in Minnesota, 20234878; in Utah, 126919; in Massachusetts, 1757436; and in Texas, 1001041. ASSURANCE IQ's National Producer license number is 17911320.

Assurance IQ, LLC is not affiliated with Assurance Agency, Ltd.

© Copyright 2020, All rights reserved.

