

Speak with a Licensed Insurance Agent
**(844) 325-8710** TTY Users **711**
● Mon - Sun, 8AM EST - 11PM EST

## Find The Right Plan For You!

Start

Are you currently enrolled in Medicare Parts A & B?

| Yes |
| No |
| Not sure |

OR CALL **(844) 325-8710**  (TTY USERS **711**)

Speak with a Licensed Insurance Agent

☏ (844) 325-8710 TTY Users 711

© Copyright Assurance.com 2020. All Rights Reserved.

CONTACT US   PRIVACY POLICY   DO NOT SELL MY PERSONAL INFORMATION   TERMS OF SERVICE

MRU #1027388-00001-00

Assurance IQ, LLC. is an insurance agency that contracts with multiple carriers with a Medicare contract (HMO, PPO, PFFS, and PDP). Enrollment in one of the plans Assurance offers depends on contract renewal. English: ATTENTION: If you do not speak English, language assistance services, free of charge, are available to you. Call Toll Free: 1-877-493-9307 TTY Users: 711 Hours: 7 days a week 8 a.m. – 8 p.m. • Español (Spanish): ATENCIÓN: Si habla español, tiene a su disposición servicios gratuitos de asistencia lingüística. Llame al Toll Free: 1-877-493-9307 TTY Users: 711 Hours: 7 days a week 8 a.m. – 8 p.m. • 繁體中文 (Chinese): 注意：如果您使用繁體中文，您可以免費獲得語言援助服務。請致電 Toll Free: 1-877-493-9307 TTY Users: 711 Hours: 7 days a week 8 a.m. – 8 p.m. For a complete list of available plans please contact 1-800-MEDICARE (TTY users should call 1-877-486-2048), 24 hours a day/7 days a week or consult www.medicare.gov. This site is not connected with or endorsed by the U.S. government or the federal Medicare program. Medicare Supplement insurance plans are not connected with or endorsed by the U.S. government, the Centers for Medicare & Medicaid Services, the Department of Health and Human Services, or the federal Medicare program.