
MedicarePlan.com | Get a Quote
https://medicareplan.com/medicare?utm_source=geo&utm_medium=cpl&utm_campaign=690054&utm_con...
MedicarePlan.com
YOUR MEDIGAP PLAN SPECIALISTS
Medicare Supplement Advice
(844) 889-4244
Expert Agents Available Now
Which best describes you?
New to Medicare
I have Medicare
Speak with a Medicare Supplement Agent
(844) 889-4244
ACCREDITED BUSINESS
BBB
10:25 AM
11/19/2018