SARAH DE DIEGO (SBN 239321)
sarah@dediego.law
DE DIEGO LAW LLC
1607 Ave Juan Ponce de Leon
Cobian Plaza GM06
San Juan, PR 00909
Telephone:  310-980-8116
Facsimile:  866-774-7817

LAURA LEIGH GEIST (SBN 180826)
laura.geist@dentons.com
DENTONS US LLP
1999 Harrison Street, Suite 1300
Oakland, CA 94612
Telephone:  (415) 882-5000
Facsimile:  (415) 882-0300

NATHAN L. GARROWAY (*Pro Hac Vice* Applicant)
nathan.garroway@dentons.com
DENTONS US LLP
303 Peachtree Street, NE, Suite 5300
Atlanta, GA  30308-3265
Telephone:  404 527-4000
Facsimile:  404 527-4198

ROBERT A. COCCHIA (SBN 172315)
robert.cocchia@dentons.com
DENTONS US LLP
4655 Executive Drive, Suite 700
San Diego, CA  92121
Telephone:  619 236-1414
Facsimile:  619 232-8311

Attorneys for Defendant
ASSURANCE IQ, INC.

DENTONS US LLP
4655 EXECUTIVE DRIVE, SUITE 700
SAN DIEGO, CALIFORNIA 92121
619 236-1414

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY NICHOLS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ASSURANCE IQ, INC. d/b/a MedicarePlan.com; and DOES 1-100, inclusive,<br><br>Defendant. | No. 3:20-cv-00210-BAS-AHG<br><br>CLASS ACTION<br><br>**DEFENDANT'S NOTICE OF ASSOCIATION OF COUNSEL AND NOTICE OF APPEARANCE OF COUNSEL**<br><br>Action Filed:   October 18, 2019<br>Removed:         January 31, 2020 |

NOTICE OF ASSOCIATION OF COUNSEL

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Robert A. Cocchia, State Bar No. 172315 of the law firm of Dentons US LLP (the "Associated Counsel") has associated with attorneys of record in this action for defendant Assurance IQ, Inc.  The address, email address, telephone number and facsimile number of the Associated Counsel is as follows:

> ROBERT A. COCCHIA
> robert.cocchia@dentons.com
> DENTONS US LLP
> 4655 Executive Drive, Suite 700
> San Diego, CA  92121
> Telephone:  619 236-1414
> Facsimile:   619 232-8311

Pursuant to this Notice, all pleadings, papers and documents which are filed or served in this action by any party herein shall be served on the Associated Counsel.

Dated:  March 27, 2020                    DENTONS US LLP


By: */s/Robert A. Cocchia*
              Robert A. Cocchia
Attorneys for Defendant
ASSURANCE IQ, INC.

NOTICE OF ASSOCIATION OF COUNSEL

- 2 -

## **CERTIFICATE OF SERVICE**

I, Robert A. Cocchia, certify that I caused to be served upon the following counsel and parties of record a copy of the following document(s):

- **DEFENDANT'S NOTICE OF ASSOCIATION OF COUNSEL AND NOTICE OF APPEARANCE OF COUNSEL**

as indicated/listed on the United States District Court, Southern District of California's CM/ECF registered email list in the above-referenced matter:

> Abbas Kazerounian, Esq.
> ak@kazlg.com
> Clark R. Conforti, Esq.
> clark@kazlg.com
> KAZEROUNI LAW GROUP, APC
> 245 Fischer Avenue, Unit D1
> Costa Mesa, CA  92626
> Telephone:  (800) 400-6808
> Facsimile:   (800) 520-5523

Executed on March 27, 2020 at San Diego, California.

*/s/Robert A. Cocchia*
Robert A. Cocchia

114520762

DENTONS US LLP
4655 EXECUTIVE DRIVE, SUITE 700
SAN DIEGO, CALIFORNIA 92121
619 236-1414

NOTICE OF ASSOCIATION OF COUNSEL