1  ROBERT A. COCCHIA (SBN 172315)
   robert.cocchia@rimonlaw.com
2  RIMON LAW
   3579 4TH Avenue
3  San Diego, CA 92103
   Telephone:  858.348.4383
4
   Former Attorney for Defendant
5  ASSURANCE IQ, INC. d/b/a MedicarePlan.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ASHLEY NICHOLS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ASSURANCE IQ, INC. d/b/a MedicarePlan.com; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00210-BAS-AHG<br><br>CLASS ACTION<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL - ROBERT A. COCCHIA**<br><br>Action Filed:  October 18, 2019<br>Removed:       January 31, 2020<br>Trial Date:    None Set |
|---|---|

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Robert A. Cocchia, formerly of Dentons US LLP, and now of Rimon Law, withdraws as counsel for Defendant ASSURANCE IQ, INC. d/b/a MedicarePlan.com in this action. ASSURANCE IQ, INC. d/b/a MedicarePlan.com continues to be represented in this action by the law firm of Dentons US LLP. It is therefore respectfully requested that the ECF Notification for this action be updated accordingly to remove Mr. Cocchia.

DATED: July 29, 2020                                  RIMON LAW


                                                      By:  *s/Robert A. Cocchia*
                                                           ROBERT A. COCCHIA

                                                      Former Attorney for Defendant
                                                      ASSURANCE IQ, INC. d/b/a
                                                      MedicarePlan.com
                                                      E-mail: robert.cocchia@rimonlaw.com

# **CERTIFICATE OF SERVICE**

I, Robert A. Cocchia, certify that I caused to be served upon the following counsel and parties of record a copy of the following document(s):

- **NOTICE OF WITHDRAWAL OF COUNSEL - ROBERT A. COCCHIA**

as indicated/listed on the United States District Court, Southern District of California's CM/ECF registered email list in the above-referenced matter:

Abbas Kazerounian, Esq.
ak@kazlg.com
Clark R. Conforti, Esq.
clark@kazlg.com
KAZEROUNI LAW GROUP, APC
245 Fischer Avenue, Unit D1
Costa Mesa, CA  92626
Telephone:  (800) 400-6808
Facsimile:   (800) 520-5523

Executed on **July 29, 2020,** in San Diego, California.

*s/Robert A. Cocchia*
ROBERT A. COCCHIA

115224734