Abbas Kazerounian, Esq.
ak@kazlg.com
Clark R. Conforti, Esq.
clark@kazlg.com
KAZEROUNI LAW GROUP, APC
245 Fischer Avenue, Unit D1
Costa Mesa, CA  92626
Tel.: 800-400-6808/Fax: 800-520-5523
    Attorneys for Plaintiff
    ASHLEY NICHOLS

SARAH DE DIEGO (SBN 239321)
sarah@dediego.law
DE DIEGO LAW LLC
1607 Ave Juan Ponce de Leon
Cobian Plaza GM06
San Juan, PR 00909
Tel.: 310-980-8116/Fax: 866-774-7817

LAURA LEIGH GEIST (SBN 180826)
laura.geist@dentons.com
DENTONS US LLP
1999 Harrison Street, Suite 1300
Oakland, CA 94612
Tel.: 415-882-5000/Fax: 415-882-0300

JUDITH SHOPHET SIDKOFF (SBN 267048)
judith.sidkoff@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Tel.: 213-623-9300/Fax: 213-623-9924
    Attorneys for Defendant
    ASSURANCE IQ, INC. d/b/a MedicarePlan.com

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY NICHOLS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ASSURANCE IQ, INC. d/b/a MedicarePlan.com; and DOES 1-100, inclusive.,<br><br>Defendants. | No. 3:20-cv-00210-BAS-AHG<br><br>CLASS ACTION<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Action Filed: October 18, 2019<br>Removed: January 31, 2020<br>Trial Date: None Set |

PLEASE TAKE NOTICE that plaintiff ASHLEY NICHOLS and defendant ASSURANCE IQ, INC. have reached a settlement in principle in the above-referenced action.  The parties are currently working on a written settlement agreement to memorialize their agreement.  Once that agreement is fully executed, and in accordance with this Court's standards, the parties will file a joint Motion to Dismiss and submit a proposed order within twenty-eight (28) days of the settlement, unless ordered otherwise.

In light of the settlement, and in order to conserve the parties' and the Court's resources while the settlement agreement is being finalized, the parties respectfully request that the Court continue the deadline by which defendant Assurance IQ, Inc. must show cause as to why the action should not be remanded for lack of subject matter jurisdiction from August 12, 2020 to September 9, 2020, by which date the parties intend to file their joint Motion to Dismiss.

Respectfully submitted,

Dated:  August 7, 2020

By: ___*/s/ Clark Conforti'*___
        Clark Conforti′

Attorneys for Plaintiff
ASHLEY NICHOLS

Dated:  August 7, 2020                DENTONS US LLP


By: _____*/s/Laura Geist*_____
        Laura Leigh Geist
Attorneys for Defendant
ASSURANCE IQ, INC. d/b/a MedicarePlan.com

## **PROOF OF SERVICE**

1. I am employed in the County of Alameda, State of California. I am over the age of eighteen and not a party to the within action; my business address is 1999 Harrison Street, 13th Floor, Oakland, California  94612.

I hereby certify that on August 7, 2020, I electronically filed **JOINT NOTICE OF SETTLEMENT** with the Clerk of the Court using the ECF system which did send notification of such filing to the following parties:

> Abbas Kazerounian, Esq.
> ak@kazlg.com
> Clark R. Conforti, Esq.
> clark@kazlg.com
> KAZEROUNI LAW GROUP, APC
> 245 Fischer Avenue, Unit D1
> Costa Mesa, CA  92626
> Telephone:  (800) 400-6808
> Facsimile:   (800) 520-5523

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 7, 2020 at Oakland, California.

*[signature]*
_____
Cynthia Lakes