# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY NICHOLS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ASSURANCE IQ, INC., *et al.*,<br><br>Defendants. | Case No.: 3:20-cv-00210-BAS-AHG<br><br>**ORDER SETTING SETTLEMENT DISPOSITION CONFERENCE** |

On August 7, 2020, the parties filed a Joint Notice of Settlement with the Court. ECF No. 19. The parties represent that a joint motion to dismiss will be filed within 28 days. *Id.* Accordingly, the Court **SETS** a telephonic Settlement Disposition Conference ("SDC") for **September 14, 2020** at **2:00 p.m.** before the Honorable Allison H. Goddard. Counsel shall call the chambers teleconference line at 1-877-873-8018 and use 8367902 as the access code to attend the SDC. If the parties timely file a joint motion to dismiss, the SDC will be vacated without further court order.

**IT IS SO ORDERED**.

Dated: August 10, 2020

_____
Honorable Allison H. Goddard
United States Magistrate Judge