# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY NICHOLS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ASSURANCE IQ, INC., dba MedicarePlan.com,<br><br>Defendant. | Case No. 20-cv-00210-BAS-AHG<br><br>**ORDER CONTINUING DEADLINE FOR DEFENDANT TO RESPOND TO ORDER TO SHOW CAUSE REGARDING SUBJECT MATTER JURISDICTION** |

On July 29, 2020 this Court issued an Order to Show Cause ("OSC") requiring Defendant to explain, by August 12, 2020, why this action should not be remanded for lack of subject matter jurisdiction. (ECF No. 17.) On August 7, 2020, the parties filed a Joint Notice of Settlement informing the Court that they had reached a settlement in principle and are working toward memorializing the agreement. (ECF No. 19.) In light of this development, the parties request that this Court extend the deadline for Defendant to respond to the OSC by a month, by which date the parties intend to file their Joint Motion to Dismiss. Good cause appearing, the Court **GRANTS** this request and **CONTINUES** Defendant's deadline to respond to the OSC to **September 9, 2020**.

IT IS SO ORDERED.

**DATED: July 27, 2020**

Hon. Cynthia Bashant
United States District Judge

- 1 -

20cv210